FILED

OCT 21 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

IMRAN AHMED MIR,

Defendant - Appellant.

No. 14-10010

D.C. No. 2:12-cr-00141-JAM

MEMORANDUM[*]

Appeal from the United States District Court
for the Eastern District of California
John A. Mendez, District Judge, Presiding

Submitted October 14, 2015[**]

Before:     SILVERMAN, BERZON, and WATFORD, Circuit Judges.

Imran Ahmed Mir appeals from the district court's judgment and challenges the 108-month sentence imposed following his guilty-plea conviction for distribution of cocaine, methamphetamine, and heroin, in violation of 21 U.S.C. § 841(a)(1). We have jurisdiction under 28 U.S.C. § 1291, and we affirm.

---

[*]     This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]     The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R. App. P. 34(a)(2).

Mir contends that the district court erred by determining that sentencing entrapment is not a legal basis for an objection to a presentence report. The record belies Mir's contention that the court made this determination. Moreover, contrary to Mir's contention, the district court met its procedural obligations when it considered and rejected Mir's objections to the presentence report. *See* Fed. R. Crim. P. 32(i)(3)(B).

**AFFIRMED.**